IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEPHANIE THOMPSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner,
Social Security Administration,

    Defendant.

Case No. 3:15-cv-00613-MA

ORDER

MARSH, Judge.

    IT IS ORDERED that Plaintiff's Motion to Dismiss Complaint (ECF No. 38) is GRANTED.

This action is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 3 day of October, 2016.

                                                          */s/ Malcolm F. Marsh*
                                                          Malcolm F. Marsh
                                                          United States District Judge

1 - ORDER -